437 A.2d 1020

Commonwealth v. Stine, Appellant.

Submitted June 13, 1980. Timothy W. Stine, appellant, in propria persona; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

437 A.2d 1020

Commonwealth v. Teachey, Appellant.

Argued March 10, 1981. Samuel Abloeser, for appellant; Sarah Van den Braak, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Judgment of sentence affirmed.